# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William and Cynthia Will,<br><br>  Plaintiff(s),<br><br>  v.<br><br>National Recovery Center, Inc.,<br><br>  Defendant(s). | CV 11-2506-PHX-JAT<br><br>**ORDER** |

The Court having received notice that this case has settled (Doc. 7),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on March 27, 2012, with prejudice, and shall enter judgment accordingly, unless <u>prior thereto</u> a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all pending motions and stipulations are **DENIED**, as moot, without prejudice. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** that any scheduled hearings and/or the trial date are **VACATED**.

DATED this 16th day of February, 2012.

_____
James A. Teilborg
United States District Judge